IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLAUDIA COSTA,<br><br>Plaintiff,<br><br>v.<br><br>COHERENT, INC., GARRY ROGERSON, ANDY MATTES, JAY T. FLATLEY, PAMELA FLETCHER, BEVERLY KAY MATTHEWS, MICHAEL MCMULLEN, STEVE SKAGGS, and SANDEEP VIJ,<br><br>Defendants. | Civil Action No. 1:21-cv-04108-JGK |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Claudia Costa hereby voluntarily dismisses her claims in the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: June 25, 2021

Respectfully submitted,

By: */s/ Joshua M. Lifshitz*
Joshua M. Lifshitz
Email: jml@jlclasslaw.com
**LIFSHITZ LAW FIRM, P.C.**
1190 Broadway
Hewlett, New York 11557
Telephone: (516) 493-9780
Facsimile: (516) 280-7376

2

*Attorneys for Plaintiff*